The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| NORTHWEST ADMINISTRATORS, INC., | |
|---|---|
| Plaintiff, | No. 2:18-cv-01474-RSL |
| v. | [~~PROPOSED~~] ORDER REGARDING STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| SAPUTO DAIRY FOODS USA, LLC, | |
| Defendant. | |
| | NOTE ON MOTION CALENDAR: |
| | November 5, 2018 |

Presently before the Court is a Stipulation to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). Based upon the Stipulation, IT IS HEREBY ORDERED THAT:

The deadline for Defendant Saputo Dairy Foods USA, LLC to respond to Plaintiff's Complaint on file in this action shall be December 7, 2018.

Dated: Nov. 6, 2018

_____
The Honorable Robert S. Lasnik
Senior United States District Court Judge

[~~PROPOSED~~] ORDER REGARDING STIPULATION TO
EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 1
2:18-cv-01474-RSL

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Email: mail@winterbauerdiamond.com

1 Presented by:

2 WINTERBAUER & DIAMOND PLLC

3

4 By: s/ Kenneth J. Diamond
Kenneth J. Diamond, WSBA #27009
5 1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
6 Telephone: 206-676-8440
Facsimile: 206-676-8441
Email: mail@winterbauerdiamond.com
7 Attorneys for Defendant
Saputo Dairy Foods USA, LLC
8

9 REID, MCCARTHY, BALLEW & LEAHY, LLP

By: S/ Russell J. Reid
10 Russell J. Reid, WSBA # 2560
100 West Harrison Street
11 North Tower, Suite 300
Seattle, WA 98119
12 Telephone: 206-285-0464
Facsimile: 206-285-8925
E-mail: rjr@rmbllaw.com
13 Attorney for Plaintiff

[PROPOSED] ORDER REGARDING STIPULATION TO
EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 2
2:18-cv-01474-RSL

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Email: mail@winterbauerdiamond.com