THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff

v.

SAPUTO DAIRY FOODS USA, LLC, a
Delaware limited liability company,

Defendant.

NO.   C18-01474-RSL

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Kenneth J. Diamond of Winterbauer & Diamond, PLLC, attorneys for Defendant, Saputo Dairy Foods USA, LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs. This Stipulation and Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, June 2018 and July 2018, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C18-01474-RSL
Page 1 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than June 2018 and July 2018.

DATED this /4th day of November, 2018.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

Russell J. Reid, WSBA #2560
Attorney for Plaintiff

WINTERBAUER & DIAMOND, PLLC

Kenneth J. Diamond, WSBA #27009
Attorney for Defendant

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, June 2018 and July 2018, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than June 2018 and July 2018.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C18-01474-RSL
Page 2 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 100
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

ORDER ENTERED this 4ᵗʰ day of Dec. , 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.

By _____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE -- C18-01474-RSL
Page 3 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925